IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



UNITED STATES OF AMERICA

v.  Criminal No. 3:08CR488-6

SAMI BROWN,

Petitioner.

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is hereby ordered that:

1. Brown's Third Objection is adopted and the remaining Objections are overruled;

2. The Report and Recommendation is accepted and adopted;

3. Brown's claims are dismissed;

4. Brown's § 2255 Motion (ECF No. 201) is denied;

5. The action is dismissed; and,

6. A certificate of appealability is denied.

Should Brown desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within sixty (60) days of the date of entry hereof. Failure to file a timely notice of appeal may result in the loss of the ability to appeal.

The Clerk of the Court is directed to send a copy of this Order to Brown and counsel of record.

It is so ORDERED.

/s/ REP

Robert E. Payne
Senior United States District Judge

Date: August 1, 2013
Richmond, Virginia